# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

144962 & (50)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

EDWARD C. LEVY COMPANY, d/b/a
KILLINS CONCRETE COMPANY,
      Plaintiff-Appellee,

v

                                SC: 144962
                                COA: 298137

HAMMER TRUCKING, INC.,
      Defendant-Appellant.
                                Wayne CC: 07-704247-CK

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the March 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                             _____

p0716                                           Clerk